**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Israel GUERRERO–MARTINEZ, also known as Martin Cota–Cuen, aka, Carlos Lopez–Lopez aka, Israel Guerrera–Martinez, Defendant—Appellant.**

**No. 00–10549.**

**D.C. No. CR–00–00644–ROS.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Dec. 27, 2001.

Before SCHROEDER, Chief Judge,
TROTT and PAEZ, Circuit Judges.

### MEMORANDUM **

Israel Guerrero–Martinez appeals his guilty plea conviction and the 33–month sentence imposed for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Guerrero–Martinez's attorney has moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no arguable issue.

As part of his plea agreement, Guerrero–Martinez waived his right to appeal the

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

judgment and sentence. Because he received a sentence consistent with the plea agreement, and there is no evidence that the waiver of the right to appeal was not knowing or was not voluntary, we enforce the waiver and dismiss the appeal. *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998).

Because our independent review of the record discloses no arguable issues, counsel's motion to withdraw is GRANTED and the appeal is

**DISMISSED.**

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[***] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.